UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

REC'D BY _CHL_ D.C.
FEB 02 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

__Shonney Booth__, Plaintiff,

vs.

Case No. __16-cv-60203__

__Broward Sheriff's Office__, Defendant(s)
__State Attorney's Office__

Motion For Referral To Volunteer Attorney Program

I, __Shonney Booth__, am a *pro se* party representing myself in this case, and have requested authorization to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or am otherwise unable to afford a lawyer. Therefore, I request that the Court refer my request to the Court's Volunteer Attorney Program. I understand that it will be up to volunteer attorneys, not the Court, to determine whether they wish to represent me. If a volunteer attorney agrees to take my representation, I will cooperate with that counsel in the preparation and presentation of my case.

Signature: _[signed]_
Printed name: __Shonnay Booth__
Address: __4891 NW 183rd Ave__
__Sunrise, FL 33351 Suite 10__

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by [specify method of service -- hand delivery/U.S. Mail/other] on [date] on all counsel or parties of record on the Service List below.

Signature: _[signed]_
Printed name: __Shonney Booth__

**SERVICE LIST**
Attorney or Party Name
Attorney or Party E-mail Address
Firm Name
Street Address City, State, Zip Code
Telephone: (xxx) xxx-xxxx
Facsimile: (xxx) xxx-xxxx
Attorneys for Plaintiff/Defendant